IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.G., et al., | : | CIVIL ACTION |
| | : | NO. 17-2613 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NEW HOPE-SOLEBURY SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **27th** day of **August, 2018,** upon consideration of the parties' cross-motions for disposition on the administrative record (ECF Nos. 8, 9), the responses thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion (ECF No. 8) is **GRANTED** and Plaintiffs' motion (ECF No. 9) is **DENIED.** It is **FURTHER ORDERED** that the Clerk shall mark the case as closed.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**